IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Randolph Ashford, ) | C/A No. 0:20-3384-JFA-PJG | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| Halford Myers, Yvonne Munro; Vivian Elliot; ) | | |
| John Doe; Brazzel Nurse, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

Plaintiff Randolph Ashford, a self-represented state prisoner, filed this civil rights action. By order issued October 14, 2020 (and reissued November 3) Plaintiff was provided an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. (ECF Nos. 10 & 14.) Plaintiff was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal. Plaintiff did not respond to the Order and the time for response has lapsed.[1] Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court. Therefore, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. See Link v. Wabash R.R. Co., 370 U.S. 626 (1962).

IT IS SO ORDERED.

December 16, 2020　　　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　　　United States District Judge

---

[1] Plaintiff sent a letter to the court requesting the cost of a copy of his complaint, but he has not responded to the court's proper form order.